[No. 41175-6-I.    Division One.    February 23, 1998.]

THOMAS L. DICKSON, *Appellant*, v. ROXANNE DICKSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-04133-1, Robert H. Alsdorf, J., entered August 15 and 28, 1997. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid and Cox, JJ.

[No. 14683-9-III.    Division Three.    February 24, 1998.]

ELIZABETH J. PATRICK, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-01622-5, Fred L. Stewart, J., entered February 14, 1995. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 14881-5-III.    Division Three.    February 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CATHRYN ANN HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00249-9, Harold D. Clarke, J., entered May 10, 1995. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15613-3-III.    Division Three.    February 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES SCOTT THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02475-1, Michael E. Donohue, J., entered March 4, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.